# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

BRIAN JAVONILLO,

    Plaintiff,

v.

UNDER ARMOUR RETAIL OF GEORGIA, LLC; UNDER ARMOUR RETAIL, INC.; and UNDER ARMOUR, INC.,

    Defendants.

CIVIL ACTION NO.: 4:18-cv-172

## O R D E R

Presently before the Court is a "Voluntary Dismissal with Prejudice," which was signed only by Plaintiff's counsel (on April 19, 2019) but was filed (through the Court's electronic filing system) by counsel for the Defendants on April 22, 2019. (Doc. 14.) Given that Defendants had filed an answer before the dismissal document was filed, voluntary dismissal by the Plaintiff (without the need for an order from the Court) may only be accomplished by filing "a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). Otherwise, "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." Id. at 41(a)(2).

The Voluntary Dismissal does not meet the requirements of either aforementioned provision. However, given the fact that it is signed by Plaintiff's counsel and was filed by Defendants' counsel, and more than a month having passed since the document's filing without any party having voiced any sort of objection, the Court construes the filing as an unopposed request by the Plaintiff for an order of dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(2).

The Court notes that neither party has requested or presented a need for any particular terms for the dismissal, and no counterclaims have been asserted.

Therefore, the Court **DISMISSES with prejudice** all claims asserted against all parties in this matter. The Court **DIRECTS** the Clerk of Court to **TERMINATE** all deadlines and to **CLOSE** this case.

**SO ORDERED**, this 30th day of May, 2019.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA